WILLIAM S. HART and MARY HART, Copartners Doing Business under the Firm Name and Style of WILLIAM S. HART COMPANY, Respondents, v. UNITED ARTISTS CORPORATION, Appellant.

Judgment affirmed, with costs. No opinion.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent; dissenting opinion by Untermyer, J.

UNTERMYER, J. (dissenting). The burden was upon the plaintiffs to establish not only a breach by the defendant of its contract but also the amount of the damage caused thereby. The verdict of the jury for $190,484.91 appears to have been calculated upon the theory that the defendant in every case " block-booked " the plaintiff's picture and that, had this not been done, the quota figure could have been realized. The plaintiff, however, was only able to establish " block-booking " in a few instances and within a limited territory, all of which combined would have amounted to an aggregate price of $31,504.35, in which the plaintiff would have been entitled to share to the extent of sixty-five per cent. The plaintiff's damage, therefore, resulting from all the breaches of contract of which proof was offered at the trial, would only have amounted to a fraction of the amount of the verdict.

The judgment should be reversed and a new trial granted, with costs to the appellant to abide the event.